# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TRANSCORE, LP** and **TC LICENSE, LTD.**,<br><br>Plaintiffs,<br><br>v.<br><br>**ELECTRONIC TRANSACTION CONSULTANTS CORPORATION,**<br><br>Defendant. | Civil Action No. 3-05 CV-2316-K |

## MANUAL FILING NOTIFICATION

Regarding:  TRANSCORE LP'S BRIEF RE PREVIOUS SETTLEMENT

AND NECESSARY PARTIES

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.txnd.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (PDF file size larger than the e-filing system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

1

LACA_873023.1

...

☒  Item Under Seal

☐  Conformance with Judicial Conference Privacy Policy (General Order No. 53)

☐  Other                                                                                     (description):

_____

_____

Dated: September 18, 2007                    Respectfully submitted,


                                                            /s/ Grant E. Kinsel
                                                            William J. Robinson (SBN 83729) (*admitted pro hac vice*)
                                                            Grant E. Kinsel (SBN 172407) (*admitted pro hac vice*)
                                                            **FOLEY & LARDNER LLP**
                                                            2029 Century Park East, Suite 3500
                                                            Los Angeles, California  90067-3021
                                                            Tel:    310.277.2223
                                                            Fax:    310.557.8475
                                                            E-mail:  wrobinson@foley.com
                                                                        gkinsel@foley.com

                                                            Brian K. Gary (SBN 00784113)
                                                            **LAW OFFICE OF BRIAN K. GARY, PLLC**
                                                            200 North Travis Street, Suite 310
                                                            Sherman, Texas 75090
                                                            Tel:    (903) 892-8686
                                                            Fax:    (903) 892-8688
                                                            bgary@garylawoffice.com

                                                            Attorneys for Plaintiffs
                                                            **TRANSCORE, LP** and **TC LICENSE, LTD.**

☒  Item Under Seal

☐  Conformance with Judicial Conference Privacy Policy (General Order No. 53)

☐  Other                                                           (description):

_____

_____

Dated: September 18, 2007             Respectfully submitted,

/s/ Grant E. Kinsel
William J. Robinson (SBN 83729) (*admitted pro hac vice*)
Grant E. Kinsel (SBN 172407) (*admitted pro hac vice*)
**FOLEY & LARDNER LLP**
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Tel:    310.277.2223
Fax:    310.557.8475
E-mail:  wrobinson@foley.com
             gkinsel@foley.com

Brian K. Gary (SBN 00784113)
**LAW OFFICE OF BRIAN K. GARY, PLLC**
200 North Travis Street, Suite 310
Sherman, Texas 75090
Tel:    (903) 892-8686
Fax:    (903) 892-8688
bgary@garylawoffice.com

Attorneys for Plaintiffs
**TRANSCORE, LP** and **TC LICENSE, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on September18, 2007, I caused the following document(s): **MANUAL FILING NOTIFICATION** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Phillip B. Philbin
John R. Emerson
**HAYNES AND BOONE LLP**
901 Main Street, Suite 3100
Dallas, Texas  75202

Dated: September 18, 2007    _____/s/_____
                                                            Grant E. Kinsel