IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRANSCORE, LP AND TC LICENSE, LTD., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:05-CV-2316-K |
| ELECTRONIC TRANSACTION CONSULTANTS CORPORATION, | § § § § | |
| Defendant. | § | |

## JUDGMENT

This judgment is entered pursuant to the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment.

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing by their suit against Defendants, and that their claims are DISMISSED with prejudice. All costs are taxed against Plaintiffs.

Signed May 22nd, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE